CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 07 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ASHANN-RA,** | ) | **CASE NO. 7:11CV00421** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **LORETTA K. KELLY, WARDEN,** | ) | |
| **ET AL.,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1),;

plaintiff's motion for interlocutory injunctive relief is **DENIED**; and this action is stricken from

the active docket of the court.

**ENTER**: This 7th day of September, 2011.

_James C Turk_
Senior United States District Judge